UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| J.T., <br>            Petitioner, <br><br>     v. <br><br> CAROLYN RILEY, in her official capacity as Superintendent, Chittenden Regional Correctional Facility; DONALD J. TRUMP, in his official capacity as President of the United States; DAVID WESLING in his official capacity as Acting Boston Field Office Director, Immigration and Customs Enforcement, Enforcement and Removal Operations; DAVID W. JOHNSTON, in his official capacity as Vermont Sub-Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations; DAVID VENTURELLA, in his official Capacity as Acting Director, United States Immigration Customs Enforcement; RODNEY S. SCOTT, in his official capacity as Commissioner for United States Customs and Border Protections; MARKWAYNE MULLINS, in his official capacity as Secretary of the United States Department of Homeland Security; TODD BLANCHE, in his official capacity as Acting U.S. Attorney General, <br>            Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br><br> Case No.  2:26-cv-00194 |

## TEMPORARY RESTRAINING ORDER

Petitioner J.T. filed a Petition for Writ of Habeas Corpus on June 4, 2026.  (Doc. 1.) The court issued an Order to Show Cause on June 5, 2026, requiring Respondents to answer the Petition no later than Tuesday, June 9, 2026 at 12:00 p.m.  (Doc. 15.)  Additionally, the court scheduled a status conference for Wednesday, June 10, 2026 at 3:00 p.m. (Doc. 16.)

Subsequent to the issuance of this Order, Petitioner's counsel filed a Motion for Temporary Restraining Order and Preliminary Injunction. (Doc. 20.) In the motion, Petitioner seeks an order prohibiting her transfer out of the district, release from detention, notification of release, transport to Massachusetts for release, and the opportunity to meet prior to release.

Upon review of the Petition and the Motion, the Court hereby ORDERS that Petitioner shall not be removed from the District of Vermont pending further order of this court. This Order is issued without notice because if the court awaits notice, Petitioner may be transferred from the District of Vermont before the court is able to act. The Petition raises significant concerns regarding Petitioner's mental health and her access to necessary treatment. If Petitioner is transferred out of the District of Vermont, the court's ability to address these concerns will by stymied, thereby creating an imminent risk of irreparable injury. Respondents shall suffer neither irreparable harm nor undue prejudice if Petitioner is not removed from the District pending the outcome of these proceedings. *See Ozturk v. Hyde*, 136 F.4th 382, 402 (2d Cir. 2025). Should the potential for prejudice arise, Respondents may petition the court for relief.

Given Petitioner's counsel request for the opportunity to have thirty-six hours of advance notice of Petitioner's release, the opportunity to meet with her, and the opportunity to have her evaluated by a mental health professional, the court does not find that ordering release prior to granting Respondents the opportunity to respond is appropriate under Federal Rule of Civil Procedure 65(b)(1), especially in light of the response deadline of June 9, 2026.

At the June 10, 2026 status conference, the parties should be prepared to discuss when a hearing should be scheduled and whether Petitioner's presence is requested.

DATED in the District of Vermont, this 5th day of June 2026 at 6:00 p.m.

Mary Kay Lanthier
United States District Judge

2